**Fill in this information to identify the case**

Debtor name **BioPlanet Corp.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-30684**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

    Current value of debtor's interest

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Checking account | Checking account | 8 6 3 8 | $563.00 |
| 3.2. | Amegy Checking account | Checking account | 8 9 5 2 | ($100.00) |

4.  **Other cash equivalents**   *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $463.00 |

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor  **BioPlanet Corp.**                                            Case number (if known)  **17-30684**
_____
Name

**Current value of debtor's interest**

**7.**  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.**  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| | |
|---|---|
| | **$0.00** |

## Part 3: Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.**  **Accounts receivable**

| 11a. 90 days old or less: | **$68,455.00** | – | **$0.00** | = | ...............→ | **$68,455.00** |
|---|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | | |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = | ...............→ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | | |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$68,455.00** |

## Part 4: Investments

**13.**  **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| **14.  Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| **15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity:            % of ownership: | | |
| 15.1.  **Active Supply, LLC** | | |
| **This Entity operates in the same location as the Debtor. Active Supply, LLC has no assets other than its bank account.**   **100%** | | **$500.00** |
| **16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| | |
|---|---|
| | **$500.00** |

Debtor  **BioPlanet Corp.**                                    Case number (if known) **17-30684**
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐  No.  Go to Part 6.
☑  Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  Raw materials | | | | |
| 20.  Work in progress | | | | |
| 21.  Finished goods, including goods held for resale | | | | |
| **Inventory held in Oregon** | | | | |
| This inventory is currently in the possession of Javelin Logistics. | _____ | _____ | _____ | $5,000.00 |
| **Inventory in Houston, Texas** | | | | |
| This inventory is currently in the possession of Express Worldwide Logistics. | _____ | _____ | _____ | $4,000.00 |
| **Houston Inventory** | | | | |
| Inventory currenty in Debtor's possession. | _____ | _____ | _____ | $5,000.00 |
| 22.  Other inventory or supplies | | | | |

23.  **Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.                                      **$14,000.00**

24.  **Is any of the property listed in Part 5 perishable?**
☑  No
☐  Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑  No
☐  Yes.  Book value _____   Valuation method _____   Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑  No
☐  Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑  No.  Go to Part 7.
☐  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  Crops--either planted or harvested | | | |

| Debtor | **BioPlanet Corp.** | Case number (if known) | **17-30684** |
|---|---|---|---|
| | Name | | |

29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**  (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

**$0.00**

34. **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____     Valuation method _____     Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 1 Metal/wood desk with table 5 Metal/wood work tables 1 Stainless Steel Table Kitchen Cabinets metal/wood | | | **$3,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 5 Computers 2 Scanners 5 IP Phones 1 Printer 3 Cell Phones 1 Camera 1 Coffee Machine 1 Microwave 1 Mini Fridge 2 Filing Cabinets 7 Chairs | | | **$3,000.00** |

Debtor __**BioPlanet Corp.**_____     Case number (if known) __**17-30684**_____
                    Name

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other
    artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
    or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                   | $6,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☒ Yes.  Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1. **2015 Ford F150 (22,000 Miles)**

    **This vehicle is leased.** | | | $20,000.00

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    **2015 Komatsu FB20MU-12 Forklift**

    **This vehicle is leased.** | | | $20,000.00

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                                  | $40,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☒ Yes.  Fill in the information below.

Debtor  **BioPlanet Corp.** _____  Case number (if known) **17-30684** _____
Name

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

**55.1.** **21110 N. Summitry Circle**
**Katy, Texas 77449**
**21110 N. Summitry Circle**
**RES A1 BLK1**
**PRIMEWEST SEC 1 2ND PAR R/P**
**1.2340 AC** _____ Fee Simple _____ _____ _____ **$2,200,000.00**

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   **$2,200,000.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

## Part 10:  Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **4 Trademarks** | | | **$0.00** |
| **61.** **Internet domain names and websites** | | | |
| **10 Domain Names** | | | **$0.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.   **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

Debtor    **BioPlanet Corp.**
      Name                                    Case number (if known)    **17-30684**

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

**Part 11:   All other assets**

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

**Current value of debtor's interest**

**71.** **Notes receivable**

Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90.

| | **$0.00** |
| --- | --- |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

Debtor   **BioPlanet Corp.**                                      Case number (if known)   **17-30684**
Name

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$463.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$68,455.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$500.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$14,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$6,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$40,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................➔ | | **$2,200,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$129,418.00** + 91b. | **$2,200,000.00** |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................ | | **$2,329,418.00** |

**Fill in this information to identify the case:**

Debtor name **BioPlanet Corp.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-30684**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name**<br>Amegy Bank | **Describe debtor's property that is subject to a lien** | **$149,578.00** | **$69,018.00** |
| --- | --- | --- | --- |

**Creditor's mailing address**
Enterprise Loan Operations

1801 Main

Houston          TX    77002

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**      **1   0   0   2**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**For Chase Checking account: 1) Amegy Bank; 2) Fundation Group, LLC; 3) Kabbage; 4) Kabbage; 5) LiftForward, Inc.; 6) Mercantil Commerce Bank, N.A.; 7) RFS Funding, LLC; 8) Fox Capital Group, Inc.. For Accounts Receivable: 1) Amegy Bank; 2) Fox Capital Group, Inc.; 3) Fundation Group, LLC; 4) Kabbage; 5) Kabbage; 6) LiftForward, Inc.; 7) Mercantil Commerce Bank, N.A.; 8) RFS Funding, LLC.**

**Describe debtor's property that is subject to a lien**

**Accounts, Commercial Paper, Inventory, Etc.**

**Describe the lien**
Non-Purchase Money

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$2,703,028.98**

Debtor   **BioPlanet Corp.**                                     Case number (if known) **17-30684**

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** | Creditor's name
**Autonation Ford Katy**

Creditor's mailing address
**20777 Katy Freeway**

_____

_____

**Katy**          **TX**    **77450**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number            **8  1  6  9**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Vehicle Lease**

**Describe debtor's property that is
subject to a lien**

**Vehicle Lease**

**Describe the lien**

**Contract/Lease**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,000.00**          **$20,000.00**

---

**2.3** | Creditor's name
**Express Worldwide Logistics**

Creditor's mailing address
**3912 Holden Rd.**

_____

**Lakeland**          **FL**    **33811**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is
subject to a lien**

**Inventory in Houston, Texas**

**Describe the lien**

**Goods/Services**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$21,699.34**          **$4,000.00**

---

Debtor   **BioPlanet Corp.**              Case number (if known) **17-30684**

| **Part 1:** | **Additional Page** | | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.4**

| | |
|---|---|
| Creditor's name **Fox Capital Group, Inc.** | Describe debtor's property that is subject to a lien |
| | **Accounts, Commercial Paper, Personal Property, Etc** |

Creditor's mailing address
**140 Broadway, 46th Floor**

Describe the lien
**Non-Purchase Money**

**New York        NY   10005**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Date debt was incurred   **02/02/2016**

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

Column A: **$11,162.00**     Column B: **$69,018.00**

---

**2.5**

| | |
|---|---|
| Creditor's name **Fundation Group, LLC** | Describe debtor's property that is subject to a lien |
| | **Accounts, Commercial Paper, Inventory, Etc.** |

Creditor's mailing address
**11501 Sunst Hills Rd., Ste. 250**

Describe the lien
**Non-Purchase Money**

**Reston        VA   20190**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Date debt was incurred   **6/30/2015**

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

Column A: **$173,617.58**     Column B: **$69,018.00**

---

Official Form 206D      **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**     

Debtor   **BioPlanet Corp.**                                        Case number (if known) **17-30684**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|

---

**2.6**   **Creditor's name**
**Harris County**

**Creditor's mailing address**
**c/o Diane W. Sanders**

**Linebarger Goggan Blair & Sampson, Ll**

**PO BOX 17428**

**Austin          TX     78760**

**Creditor's email address, if known**

**Date debt was incurred**      **11/05/2016**

**Last 4 digits of account**
**number**              **4   0   4   7**

**Do multiple creditors have an interest in**
**the same property?**
☑ No
☐ Yes.  Have you already specified the
            relative priority?

        ☐ No.  Specify each creditor, including this
                   creditor, and its relative priority.

        ☐ Yes.  The relative priority of creditors is
                    specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**Personal Property**

**Describe the lien**

**Ad Valorem Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $818.00 | $0.00 |
|---|---|---|

---

**2.7**   **Creditor's name**
**Harris County**

**Creditor's mailing address**
**c/o Diane W. Sanders**

**Linebarger Goggan Blair & Sampson, Ll**

**PO BOX 17428**

**Austin          TX     78760**

**Creditor's email address, if known**

**Date debt was incurred**      **11/05/2016**

**Last 4 digits of account**
**number**              **1   4   4   5**

**Do multiple creditors have an interest in**
**the same property?**
☑ No
☐ Yes.  Have you already specified the
            relative priority?

        ☐ No.  Specify each creditor, including this
                   creditor, and its relative priority.

        ☐ Yes.  The relative priority of creditors is
                    specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**Personal Property**

**Describe the lien**

**Ad Valorem Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $2,760.00 | $0.00 |
|---|---|---|

---

| Debtor | **BioPlanet Corp.** | Case number (if known) **17-30684** |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | **Column A** | **Column B** |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the value of collateral. | that supports this claim |

**2.8**

Creditor's name
**Harris County**

Creditor's mailing address
**c/o Diane W. Sanders**

**Linebarger Goggan Blair & Sampson, LI**

**PO BOX 17428**

**Austin          TX    78760**

Creditor's email address, if known

Date debt was incurred      **11/05/2016**

Last 4 digits of account number          **0   0   0   4**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

   **1) Harris County; 2) Mercantil Commerce Bank, N.A.; 3) Mercantil Commerce Bank, N.A..**

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**21110 Summitry Cir.**

Describe the lien

**Ad Valorem Taxes**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$46,022.11**          **$2,200,000.00**

**2.9**

Creditor's name
**Javelin Logistics Corporation**

Creditor's mailing address
**c/o John T. Cu**

**Hanson Bridgett, LLP**

**425 Market St., 26th**

**San Francisco          CA   94105**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**Inventory held in Oregon**

Describe the lien

**Goods/Services**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,407.95**          **$5,000.00**

Debtor   **BioPlanet Corp.**                                              Case number (if known)  **17-30684**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  |  | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**2.10** | **Creditor's name**
**Kabbage**

**Describe debtor's property that is subject to a lien**                           $14,500.00              $69,018.00

**Accounts, Commercial Paper, Personal Property, Etc**

**Creditor's mailing address**
**P.O. Box 77081**

**Describe the lien**

**Non-Purchase Money**

Atlanta              GA    30357

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

☑ No
☐ Yes

Date debt was incurred     03/08/2016

**Is anyone else liable on this claim?**

**Last 4 digits of account number**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☑ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

---

**2.11** | **Creditor's name**
**Kabbage**

**Describe debtor's property that is subject to a lien**                            $9,100.00              $69,018.00

**Accounts, Commercial Paper, Personal Property, Etc**

**Creditor's mailing address**
**P.O. Box 77081**

**Describe the lien**

**Non-Purchase Money**

Atlanta              GA    30357

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

☑ No
☐ Yes

Date debt was incurred     03/14/2016

**Is anyone else liable on this claim?**

**Last 4 digits of account number**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☑ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines  **2.1**

| Debtor | **BioPlanet Corp.** | | Case number (if known) **17-30684** |

---

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.12** Creditor's name
**LiftForward, Inc.**

Describe debtor's property that is
subject to a lien                                                $160,000.00          $69,018.00

Creditor's mailing address
**Attn: Jeffrey Rodgers**

**Inventory, Personal Property,**
**Commercial Paper**

**180 Maiden Lane, 10th Floor**

Describe the lien

**Non-Purchase Money**

**New York              NY    10038**

Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes

Date debt was incurred        **10/5/2015**

Is anyone else liable on this claim?

Last 4 digits of account
number        ___ ___ ___ ___

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in
the same property?

As of the petition filing date, the claim is:
Check all that apply.

☐ No
☑ Yes.  Have you already specified the
         relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this
       creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
        specified on lines  **2.1**

**2.13** Creditor's name
**Mercantil Commerce Bank, N.A.**

Describe debtor's property that is
subject to a lien                                              $1,487,084.00       $2,200,000.00

Creditor's mailing address
**c/o Hughes Waters Askanase**

**21110 N. Summitry Cir**

Describe the lien

**Aaron J. Espinoza**

**Real Estate Mortgage**

**1201 Louisiana St., 28th Floor**

Is the creditor an insider or related party?

**Houston              TX    77002-5223**

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred        _____

Last 4 digits of account
number        ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the
         relative priority?

☐ No.  Specify each creditor, including this
       creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
        specified on lines  **2.8**

Debtor  **BioPlanet Corp.**                                                    Case number (if known) **17-30684**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.14** Creditor's name
**Mercantil Commerce Bank, N.A.**

Creditor's mailing address
**c/o Hughes Waters Askanase**

**Aaron J. Espinoza**

**1201 Louisiana St., 28th Floor**

**Houston          TX    77002-5223**

Creditor's email address, if known
_____

Date debt was incurred          _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is
    specified on lines **2.1, 2.8**

Describe debtor's property that is
subject to a lien

**21110 Summitrry Cir**

Describe the lien
**Real Estate Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$344,972.00          $2,269,018.00

**2.15** Creditor's name
**RFS Funding, LLC**

Creditor's mailing address
**4500 East West Highway, 6th Floor**

_____

**Bethesda          MD    20814**

Creditor's email address, if known
_____

Date debt was incurred    **1/14/2016**

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

  ☑ Yes.  The relative priority of creditors is
    specified on lines **2.1**

Describe debtor's property that is
subject to a lien

**Accounts, Commercial Paper,
Inventory, Etc.**

Describe the lien
**Non-Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$226,410.00          $69,018.00

**Rapid Advance**

| Debtor | **BioPlanet Corp.** | Case number (if known) | **17-30684** |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.16**

**Creditor's name**
**Wells Fargo, N.A.**

**Describe debtor's property that is subject to a lien**

**Equipment Lease - Forklift**

$20,898.00      $20,000.00

**Creditor's mailing address**
**Manufacture Service Group**

**Wells Fargo, N.A.**

**Describe the lien**

**Contract/Lease**

**300 Tri-State International, Ste. 400**

**Lincolnshire          IL      60069**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number**    **9   0   0   1**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Equipment Lease - Forklift**

**Fill in this information to identify the case:**

Debtor **BioPlanet Corp.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-30684**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

**Texas Comptroller of Public Accounts**

**Bankruptcy Division**

**PO Box 13528**

**Austin**                          **TX**        **78711-3528**

**Date or dates debt was incurred**

**Last 4 digits of account
number     0   0   6   5**

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)(    **8**    )

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sales Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,350.88**
Priority amount: **$1,350.88**

Debtor    **BioPlanet Corp.** _____    Case number (if known)  **17-30684** _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,222.48** |
|---|---|---|---|

**Amegy Bank** _____

**Enterprise Loan Operations** _____

**1801 Main** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**    **77002**

Basis for the claim:
**Non-Purchase Money** _____

Date or dates debt was incurred _____

Last 4 digits of account number   **1  0  1  7**

Is the claim subject to offset?
☑ No
☐ Yes

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,427.09** |
|---|---|---|---|

**American Express Bank, FSB** _____

**c/o Zwicker & Associates, P.C.** _____

**Old Town Square, 1 Chisholm Trail** _____

**Suite 301** _____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Round Rock**       **TX**    **78681**

Basis for the claim:
**Credit Card** _____

Date or dates debt was incurred _____

Last 4 digits of account number   __  **0  0  0**

Is the claim subject to offset?
☑ No
☐ Yes

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,327.94** |
|---|---|---|---|

**Bank of America** _____

**Po Box 982235** _____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**El Paso**           **TX**    **79998**

Basis for the claim:
**Credit Card** _____

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,850.00** |
|---|---|---|---|

**Chase** _____

**Po Box 15298** _____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington**        **DE**    **19850**

Basis for the claim:
**Credit Card** _____

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **BioPlanet Corp.** | Case number (if known) | **17-30684** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address | | **$2,000.00** |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Chase**

**Po Box 15298**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Credit Card**

| **Wilmington** | **DE** | **19850** |

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.6 | Nonpriority creditor's name and mailing address | | **$19,259.89** |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Duane Morris**

**30 South 17th St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Goods/Services**

| **Philadelphia** | **PA** | **19103** |

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.7 | Nonpriority creditor's name and mailing address | | **$5,700.00** |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Echo Global Logistics**

**600 W. Chicago Ave., Ste. 725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Goods/Services**

| **Chicago** | **IL** | **60654** |

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | | **$8,319.00** |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**Eco Green Packaging**

**23663 Foley St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Goods/Services**

| **Hayward** | **CA** | **94545** |

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

| Debtor | **BioPlanet Corp.** | Case number (if known) | **17-30684** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.9** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$2,725.67

**Filogonio Ponce**

**2213 Kowis St.**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods/Services**

| Houston | TX | 77093 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

---

| **3.10** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$11,711.71

**FreightQuote**

**901 West Carondelet Dr.**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods/Services**

| Kansas City | MO | 64114 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  6  1  1  7

---

| **3.11** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$2,050.00

**GSFP**

**13727 FM 529**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods/Services**

| Houston | TX | 77041 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

---

| **3.12** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$2,537.50

**IDS Engineering Group**

**13333 Northwest Freeway, Ste. 300**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Goods/Services**

| Houston | TX | 77040 |
|---|---|---|

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  0  1  0  0

---

| Debtor | **BioPlanet Corp.** | | Case number (if known) | **17-30684** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

**$70,147.00**

**Importadora Transmundi, SA**

**Calle 2nda Llano Bonito**

**Juan Diaz**

**Panama, Rep Panama**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/Services**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

**$1,700.00**

**Jorge Sorto**

**866 Grenshaw St.**

**Houston**          **TX**    **77088**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/Services**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

**$12,063.74**

**Lanstar**

**1773 Westborough Dr.**

**katy**          **TX**    **77449**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/Services**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

**$4,826.00**

**Pedro Villatoro**

**4535 Otterbury St.**

**Houston**          **TX**    **77039**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/Services**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **BioPlanet Corp.** | Case number (if known) | **17-30684** |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17**   Nonpriority creditor's name and mailing address

**$141,241.00**

As of the petition filing date, the claim is:
*Check all that apply.*

**Pinnacle Plastics, Inc.**

**c/o Totz Ellison & Totz, PC**

**2211 Norfolk, Ste. 510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/Services**

| **Houston** | **TX** | **77098** |

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **0   5   3   5**

---

**3.18**   Nonpriority creditor's name and mailing address

**$2,473.02**

As of the petition filing date, the claim is:
*Check all that apply.*

**PRMM**

**13727 FM 529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods/Services**

| **Houston** | **TX** | **77041** |

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

**3.19**   Nonpriority creditor's name and mailing address

**$2,987.50**

As of the petition filing date, the claim is:
*Check all that apply.*

**RMS**

**P.O. Box 361136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for - Traverlers Indemnity Co.**

| **Columbus** | **OH** | **43236** |

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **2   Z   O   C**

---

**3.20**   Nonpriority creditor's name and mailing address

**$4,248.82**

As of the petition filing date, the claim is:
*Check all that apply.*

**TQL**

**c/o Vericore**

**JD Morgan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**10115 Kincey Ave., Ste. 100**

Basis for the claim:
**Goods/Services**

| **Huntersville** | **NC** | **28078** |

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor | **BioPlanet Corp.** | Case number (if known) | **17-30684** |

## Part 2:   Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$10,000.00

**Wells Fargo Card Services**

**P.O. Box 51193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Los Angeles** | **CA** | **90051** |

**Line of Credit**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$9,419.15

**Weston Mud**

**P.O. Box 1368**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| **Friendswood** | **TX** | **77549** |

**Ad Valorem Taxes**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

**BioPlanet, Corp has received notices of taxes owed for an entity named Lereta, LLC. Debtor has no known association with this entity.**

Debtor   **BioPlanet Corp.**                                    Case number (if known)   **17-30684**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   **Fundation Group, LLC**
       **c/o Platzer Swergold, Levine, et al**
       **475 Park Avenue South, 18th Floor**

       **New York          NY     10016**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __


4.2   **McCarthy, Burgess & Wolff, inc.**
       **26000 Cannon Rd.**

       **Cleveland          OH     44146**

Line _____

☑ Not listed.  Explain:
   **Collecting for - LiftForward**

__ __ __ __


4.3   **Pinnacle Platics**
       **c/o Euler Hermes**
       **800 Red Brook Boulevard**

       **Baltimore          MD     21117**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __


4.4   **Zachter, PLLC**
       **30 Wall St., 8th Floor**

       **New York          NY     10005**

Line _____

☑ Not listed.  Explain:
   **Collecting for - Fox Capital**

__ __ __ __

Debtor   **BioPlanet Corp.**                                    Case number (if known)   **17-30684**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $1,350.88 |
| 5b. | **Total claims from Part 2** | 5b. + $441,237.51 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $442,588.39 |

**Fill in this information to identify the case:**

Debtor name    **BioPlanet Corp.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **17-30684**                    Chapter    **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Vehicle Lease**<br>**Contract to be ASSUMED** | **Autonation Ford Katy** |
| | | | **20777 Katy Freeway** |
| | State the term remaining | **18 payment(s)** | |
| | List the contract number of any government contract | | **Katy**        **TX**    **77450** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease - Forklift**<br>**Contract to be ASSUMED** | **Wells Fargo, N.A.** |
| | | | **Manufacture Service Group** |
| | | | **Wells Fargo, N.A.** |
| | | | **300 Tri-State International, Ste. 400** |
| | State the term remaining | **43 payment(s)** | |
| | List the contract number of any government contract | | **Lincolnshire**        **IL**    **60069** |

**Fill in this information to identify the case:**

Debtor name **BioPlanet Corp.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-30684**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 **Bernardo Herrero (Guarantor)** | **5130 Blue Lake Creek Trail**<br>Number     Street<br><br>**Katy**                    **TX**   **77494**<br>City                              State   ZIP Code | **Fundation Group, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **Bernardo Herrero (Guarantor)** | **5130 Blue Lake Creek Trail**<br>Number     Street<br><br>**Katy**                    **TX**   **77494**<br>City                              State   ZIP Code | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **Bernardo Herrero (Guarantor)** | **5130 Blue Lake Creek Trail**<br>Number     Street<br><br>**Katy**                    **TX**   **77494**<br>City                              State   ZIP Code | **Kabbage** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 **Bernardo Herrero (Guarantor)** | **5130 Blue Lake Creek Trail**<br>Number     Street<br><br>**Katy**                    **TX**   **77494**<br>City                              State   ZIP Code | **Kabbage** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **BioPlanet Corp.**        Case number (if known)   **17-30684**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.5** **Bernardo Herrero (Guarantor)** | **5130 Blue Lake Creek Trail** <br> Number    Street <br><br> **Katy**    **TX**   **77494** <br> City    State   ZIP Code | **LiftForward, Inc.** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.6** **Bernardo Herrero (Guarantor)** | **5130 Blue Lake Creek Trail** <br> Number    Street <br><br> **Katy**    **TX**   **77494** <br> City    State   ZIP Code | **Mercantil Commerce Bank, N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.7** **Bernardo Herrero (Guarantor)** | **5130 Blue Lake Creek Trail** <br> Number    Street <br><br> **Katy**    **TX**   **77494** <br> City    State   ZIP Code | **Mercantil Commerce Bank, N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.8** **Bernardo Herrero (Guarantor)** | **5130 Blue Lake Creek Trail** <br> Number    Street <br><br> **Katy**    **TX**   **77494** <br> City    State   ZIP Code | **RFS Funding, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name  **BioPlanet Corp.**

United States Bankruptcy Court for the:    **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):    **17-30684**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B.................................................................................. | **$2,200,000.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................ | **$129,418.00**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B.................................................................................. | **$2,329,418.00**

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$2,703,028.98**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................... | **$1,350.88**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................ | **+  $441,237.51**

**4.** **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................. | **$3,145,617.37**

**Fill in this information to identify the case and this filing:**

Debtor Name       **BioPlanet Corp.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number       **17-30684**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/06/2017**          X **/s/ Bernardo Herrero**
           MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                            **Bernardo Herrero**
                                            Printed name

                                            **Director**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **BioPlanet Corp.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **17-30684**
(if known)

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions and exclusions

| | | | | | Gross revenue |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2017**  to  Filing date | | ☑ Operating a business | | |
| | MM / DD / YYYY | | ☐ Other _____ | | **$111,418.00** |
| **For prior year:** | From **01/01/2016**  to  **12/31/2016** | | ☑ Operating a business | | |
| | MM / DD / YYYY  MM / DD / YYYY | | ☐ Other _____ | | **$872,226.00** |
| **For the year before that:** | From **01/01/2015**  to  **12/31/2015** | | ☑ Operating a business | | |
| | MM / DD / YYYY  MM / DD / YYYY | | ☐ Other _____ | | **$3,002,545.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **BioPlanet Corp.**                                   Case number (if known)   **17-30684**
_____
Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Javelin Logistics Corporation v. BioPlanet Corporation and Bernardo Herrero | Breach of Contract | California Superior Court - Alameda C<br>Name<br>**1225 Fallon St.**<br>Street<br>**Oakland**   **CA**   **94612**<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**RG16835299** | | | |
| 7.2. | Fundation Group, LLC v. BioPlanet Corp et al | Breach of Contract | Supreme Court of the State of New Yo<br>Name<br>Street<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**650153/2017** | | | |

| Debtor | **BioPlanet Corp.** | | Case number (if known) | **17-30684** |
|---|---|---|---|---|

Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **RFS Business Funding, LLC v. BioPlanet, et al** | **Breach of Contract** | **Circuit Court Montgomery County, Ma** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | **425679 - V** | | City        State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **American Express Bank FSB v. BioPlanet, et al** | **Breach of Contract** | **County Civil Court - Harris County, Te:** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | **201 Caroline, Ste. 500** | ☐ Concluded |
| | | | Street | |
| | **Case number** | | **Houston**        **TX**   **77002** | |
| | **1087464** | | City        State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

---

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

**Part 5:**   **Certain Losses**

---

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **BioPlanet Corp.** | Case number (if known) | **17-30684** |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Perez Law Firm** | **Attorney's Fees, $20,000.00** **Filing Fees, $1,717.00** | **02/02/2017** | **$20,000.00** |
| | **Address** | | | |
| | **4646 Corona, Ste. 165** | | | |
| | Street | | | |
| | **Corpus Christi       TX     78411** | | | |
| | City                          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **info@cavadalawoffice.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | **1773 Westborough Dr.** | | From **09/2010** | To **02/2016** |
| | Street | | | |
| | **Katy                          TX     77449** | | | |
| | City                          State     ZIP Code | | | |

Debtor  **BioPlanet Corp.**                                         Case number (if known) **17-30684**
_____
Name

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■ diagnosing or treating injury, deformity, or disease, or

- ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

     Does the debtor have a privacy policy about that information?
     ☐ No.
     ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
     ☐ No.  Go to Part 10.
     ☐ Yes.  Fill in below:

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **Wells Fargo Bank, NA**<br>Name<br><br>Street<br><br><br>City          State   ZIP Code | XXXX-  **3** **1** **7** **9** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other  _____ | **01/2017** | **$200.00** |

Debtor    **BioPlanet Corp.**                                                Case number (if known)   **17-30684**
          Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.2.   **East West Bank**
        Name                                    XXXX- **2   3   0   9**    ☑ Checking         **11/2016**      **$40.00**
                                                                          ☐ Savings
        Street                                                            ☐ Money market
                                                                          ☐ Brokerage
                                                                          ☐ Other _____
        City            State   ZIP Code

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.3.   **Mercantil CommerceBank**
        Name                                    XXXX- **2   5   0   6**    ☑ Checking         **09/2016**      **($31.00)**
                                                                          ☐ Savings
        Street                                                            ☐ Money market
                                                                          ☐ Brokerage
                                                                          ☐ Other _____
        City            State   ZIP Code

**19.   Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

**20.   Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21.   Property held for another**
   List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

   ☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **CM Transportation** Name | **21110 N. Summitry Cir.** | **White 23 Ft. Truck w/ Liftgate** | |
| **43rd St.** Street | **Katy          TX    77449** | | |
| **Houston        TX    77092** City       State   ZIP Code | | | |

Debtor   **BioPlanet Corp.**
_____   Case number (if known)  **17-30684**
Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **National Glass Brokers, LLC** | **21110 N. Summitry Cir** | **Various flat boxes and pallets** | |
| Name | | | |
| **3115 N. Fry Rd. #302** | | | |
| Street | **Katy        TX    77449** | | |
| **Katy        TX    77449** | | | |
| City        State   ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

24.  **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **Active Supply, LLC** | **Whosesale trade and export company wholly owned by BioPlanet Corp.** | Do not include Social Security number or ITIN. |
| | Name | | |
| | **21110 N. Summitry Cir** | | EIN: **3  8 – 3  9  1  1  9  2  5** |
| | Street | | |
| | **Katy        TX    77449** | | **Dates business existed** |
| | City        State   ZIP Code | | From  **09/2013**  To  **Present** |

Debtor   **BioPlanet Corp.**
_____
Name

Case number (if known)   **17-30684**
_____

| | | |
|---|---|---|
| | **Business name and address** | **Describe the nature of the business** |

25.2.   **Impexu, LLC**
_____
Name
**1773 Westborough Dr.**
_____
Street

**Describe the nature of the business**
**Wholesale trade import company**

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **3   0 – 0   7   8   8   1   4   5**

_____

**Dates business existed**

| | | |
|---|---|---|
| **Katy** | **TX** | **77449** |
| City | State | ZIP Code |

From   **05/2013**     To   **12/2015**

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**

**Dates of service**

26a.1.   **Bernardo Herrero**
_____
Name
**5130 Blue Lake Trail**
_____
Street

From   **Inception**     To   **Present**

| | | |
|---|---|---|
| **Katy** | **TX** | **77494** |
| City | State | ZIP Code |

**Name and address**

**Dates of service**

26a.2.   **Jay P. Ojha**
_____
Name
**9301 Southwest Fwy., Ste. 405**
_____
Street

From   **08/2016**     To   **Present**

| | | |
|---|---|---|
| **Houston** | **TX** | **77074** |
| City | State | ZIP Code |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

**If any books of account and records are unavailable, explain why**

26c.1.   **Bernardo Herrero**
_____
Name
**5130 Blue Lake Trail**
_____
Street

| | | |
|---|---|---|
| **Katy** | **TX** | **77494** |
| City | State | ZIP Code |

| Debtor | **BioPlanet Corp.** | | Case number (if known) | **17-30684** |
|---|---|---|---|---|

Name

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bernardo Herrero** | **5130 Blue Lake Creek Trail Katy, TX 77494** | **President / Owner** | **100%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Bernardo Herrero** <br> Name <br> **5130 Blue Lake Creek Trail** <br> Street <br><br> **Katy**　**TX**　**77494** <br> City　　State　ZIP Code <br><br> Relationship to debtor <br> **Director** | **Compensation $136,000.00** | **Various times during previous 12 months.** | **Owner Compensation** |
| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.2. | **Valerie Flesch** <br> Name <br> **5130 Blue Lake Creek Trail** <br> Street <br><br> **Katy**　**TX**　**77494** <br> City　　State　ZIP Code <br><br> Relationship to debtor <br> **Director's Wife** | **Compensation $8,000.00** | **Various dates over the past 12 months.** | **Compensation.** |

Debtor   **BioPlanet Corp.**_____   Case number (if known)   **17-30684**_____
       <sub>Name</sub>

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

---

**Part 14:  Signature and Declaration**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **02/06/2017**_____
       <sub>MM / DD / YYYY</sub>

**X  /s/ Bernardo Herrero**_____   Printed name  **Bernardo Herrero**_____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **Director**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name **BioPlanet Corp.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-30684**
(if known)

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | RFS Funding, LLC 4500 East West Highway, 6th Floor Bethesda, MD 20814 | | Non-Purchase Money | | $226,410.00 | $0.00 | $226,410.00 |
| 2 | Fundation Group, LLC 11501 Sunst Hills Rd., Ste. 250 Reston, VA 20190 | | Non-Purchase Money | | $173,617.58 | $0.00 | $173,617.58 |
| 3 | LiftForward, Inc. Attn: Jeffrey Rodgers 180 Maiden Lane, 10th Floor New York, NY 10038 | | Non-Purchase Money | | $160,000.00 | $0.00 | $160,000.00 |
| 4 | Pinnacle Plastics, Inc. c/o Totz Ellison & Totz, PC 2211 Norfolk, Ste. 510 Houston, Texas 77098 | | Goods/Services | | | | $141,241.00 |
| 5 | Amegy Bank Enterprise Loan Operations 1801 Main Houston, Texas 77002 | | Non-Purchase Money | | $149,578.00 | $69,018.00 | $80,560.00 |

| Debtor | **BioPlanet Corp.** | Case number (if known) | **17-30684** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 Importadora Transmundi, SA<br>Calle 2nda Llano Bonito<br>Juan Diaz<br>Panama, Rep Panama | | Goods/Services | | | | $70,147.00 |
| 7 American Express Bank, FSB<br>c/o Zwicker & Associates, P.C.<br>Old Town Square, 1<br>Chisholm Trail | | Credit Card | | | | $51,427.09 |
| 8 Amegy Bank<br>Enterprise Loan Operations<br>1801 Main<br>Houston, Texas 77002 | | Non-Purchase Money | | | | $35,222.48 |
| 9 Bank of America<br>Po Box 982235<br>El Paso, TX 79998 | | Credit Card | | | | $31,327.94 |
| 10 Javelin Logistics Corporation<br>c/o John T. Cu<br>Hanson Bridgett, LLP<br>425 Market St., 26th<br>San Francisco, CA | | Goods/Services | | $24,407.95 | $5,000.00 | $19,407.95 |
| 11 Duane Morris<br>30 South 17th St.<br>Philadelphia, PA 19103 | | Goods/Services | | | | $19,259.89 |
| 12 Express Worldwide Logistics<br>3912 Holden Rd.<br>Lakeland, FL 33811 | | Goods/Services | | $21,699.34 | $4,000.00 | $17,699.34 |
| 13 Kabbage<br>P.O. Box 77081<br>Atlanta, GA 30357 | | Non-Purchase Money | | $14,500.00 | $0.00 | $14,500.00 |

| Debtor | **BioPlanet Corp.** | Case number (if known) **17-30684** |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Lanstar 1773 Westborough Dr. katy, Texas 77449 | | Goods/Services | | | | $12,063.74 |
| 15  FreightQuote 901 West Carondelet Dr. Kansas City, MO 64114 | | Goods/Services | | | | $11,711.71 |
| 16  Fox Capital Group, Inc. 140 Broadway, 46th Floor New York, NY 10005 | | Non-Purchase Money | | $11,162.00 | $0.00 | $11,162.00 |
| 17  Wells Fargo Card Services P.O. Box 51193 Los Angeles, CA 90051 | | Line of Credit | | | | $10,000.00 |
| 18  Chase Po Box 15298 Wilmington, DE 19850 | | Credit Card | | | | $9,850.00 |
| 19  Weston Mud P.O. Box 1368 Friendswood, Texas 77549 | | Ad Valorem Taxes | Disputed | | | $9,419.15 |
| 20  Kabbage P.O. Box 77081 Atlanta, GA 30357 | | Non-Purchase Money | | $9,100.00 | $0.00 | $9,100.00 |