UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CASE NAME: Bioplanet Corp.  
CASE NUMBER: 17-30684  
PETITION DATE: 2/5/17

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH MARCH   YEAR 2017

| MONTH | 2/6/17 TO 2/28/17 | March | April | May | June | July |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 17,602.92 | 125,962.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -15,099.01 | 10,292.95 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -15,099.01 | 10,292.95 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 12,000.00 | 12,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 20,817.51 | 100,124.21 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court***

**REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE** — EXP. DATE

| | | |
|---|---|---|
| CASUALTY | YES (X) NO ( ) | 10-22-2017 |
| LIABILITY | YES (X) NO ( ) | 10-22-2017 |
| VEHICLE | YES (X) NO ( ) | 10-22-2017 |
| WORKER'S | YES (X) NO ( ) | 10-22-2017 |
| OTHER | YES (X) NO ( ) | 10-22-2017 |

CIRCLE ONE

- Are all accounts receivable being collected within terms? **Yes** / No
- Are all post-petition liabilities, including taxes, being paid within terms? **Yes** / No
- Have any pre-petition liabilities been paid? Yes / **No**
- If so, describe _____
- Are all funds received being deposited into DIP bank accounts? **Yes** / No
- Were any assets disposed of outside the normal course of business? Yes / **No**
- If so, describe _____
- Are all U.S. Trustee Quarterly Fee Payments current? **Yes** / No
- What is the status of your Plan of Reorganization? _____

ATTORNEY NAME: Adelita Cavada  
FIRM NAME: The Cavada Law Office  
ADDRESS: 4646 Corona Ste. 165  
CITY, STATE, ZIP: Corpus Christi, Texas 78411  
TELEPHONE/FAX: 814.6500/814.8618

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: Executive Director   Owner/President  
(ORIGINAL SIGNATURE)

Bernardo Herrero   April 20th, 2017  
(PRINT NAME OF SIGNATORY)   DATE

MOR-1   Revised 07/01/98

CASE NAME: Bioplanet Corp.
CASE NUMBER: 17-30684

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE*<br>2/5/17 23:32 | MONTH<br>2/6/17 TO 2/28/17 | MONTH<br>March | MONTH<br>April | MONTH<br>May | MONTH<br>June | MONTH<br>July |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | | 47,698.86 | 10,088.69 | | | | |
| Accounts Receivable, Net | | 7,466.04 | 62,051.04 | | | | |
| Inventory: Lower of Cost or Market | | 25,000.00 | 18,500.00 | | | | |
| Prepaid Expenses | | | | | | | |
| Investments | | 500.00 | 500.00 | | | | |
| Other | | | | | | | |
| TOTAL CURRENT ASSETS | | 80,664.90 | 91,139.73 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | 2,206,000.00 | 2,206,000.00 | | | | |
| Less Accumulated Depreciation | | 56,410.00 | 56,410.00 | | | | |
| NET BOOK VALUE OF PP & E | | 2,149,590.00 | 2,149,590.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | |
| 3. Electric Deposit | | | | | | | |
| Small Equiptment | | 40,000.00 | 40,000.00 | | | | |
| TOTAL ASSETS | | $2,270,254.90 | $2,280,729.73 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

MOR-2

*Revised 07/01/98*

CASE NAME: Bioplanet Corp.
CASE NUMBER: 17-30684

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH 2/6/17 TO 2/28/17 | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 0.00 | | | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | | 2,703,028.98 | 2,703,028.98 | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | | | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | 2,703,028.98 | 2,703,028.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | | 2,703,028.98 | 2,703,028.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | -44,374.00 | -44,374.00 | 0.00 | | | |
| RETAINED EARNINGS: Post Filing Date | | 0.00 | 6,248.08 | 0.00 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | -44,374.00 | -38,125.92 | | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | | $2,658,654.98 | $2,664,903.06 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

CASE NAME: Bioplanet Corp.
CASE NUMBER: 17-30684

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH 2/6/17 TO 2/28/17 | MONTH March | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* |  |  |  |  |  |  |
| TAX PAYABLE |  |  |  |  |  |  |
|   Federal Payroll Taxes |  |  |  |  |  |  |
|   State Payroll Taxes |  |  |  |  |  |  |
|   Ad Valorem Taxes |  |  |  |  |  |  |
|   Other Taxes   Sales Taxes |  |  |  |  |  |  |
| TOTAL TAXES PAYABLE |  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION |  |  |  |  |  |  |
| ACCRUED INTEREST PAYABLE |  |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* |  |  |  |  |  |  |
| OTHER ACCRUED LIABILITIES |  |  |  |  |  |  |
| 1. |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

CASE NAME: Bioplanet Corp.
CASE NUMBER: 17-30684

## AGING OF POST-PETITION LIABILITIES
## MONTH MARCH

| DAYS  | TOTAL  | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER  |
|-------|--------|----------------|---------------|-------------|-------------------------|--------|
| 0-30  | 0.00   | 0.00           |               |             |                         |        |
| 31-60 | 0.00   |                |               |             |                         |        |
| 61-90 | 0.00   |                |               |             |                         |        |
| 91+   | 0.00   |                |               |             |                         |        |
| TOTAL | $0.00  | $0.00          | $0.00         | $0.00       | $0.00                   | $0.00  |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH      | February   | March       |        |        |        |        |
|------------|------------|-------------|--------|--------|--------|--------|
| 0-30 DAYS  | 7,466.04   | 52,278.70   |        |        |        |        |
| 31-60 DAYS |            |             |        |        |        |        |
| 61-90 DAYS |            |             |        |        |        |        |
| 91+ DAYS   |            |             |        |        |        |        |
| TOTAL      | $7,466.04  | $52,278.70  | $0.00  | $0.00  | $0.00  | $0.00  |

MOR-5

*Revised 07/01/98*

CASE NAME: Bioplanet Corp.
CASE NUMBER: 17-30684

## STATEMENT OF INCOME (LOSS)

| | Per Projection | MONTH 2/6/17 TO 2/28/17 | MONTH March | MONTH April | MONTH June | MONTH July | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | | 17,602.92 | 125,962.18 | | | | 143,565.10 |
| TOTAL COST OF REVENUES | | 15,679.48 | 92,246.12 | | | | 107,925.60 |
| GROSS PROFIT | | 1,923.44 | 33,716.06 | 0.00 | 0.00 | 0.00 | 35,639.50 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | | 4,088.47 | 9,118.07 | | | | 13,206.54 |
| Insiders Compensation | | 12,000.00 | 12,500.00 | | | | 24,500.00 |
| Professional Fees | | 28.08 | | | | | 28.08 |
| Warehouse and Operating Expenses | | 905.90 | 1,805.04 | | | | 2,710.94 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | | 17,022.45 | 23,423.11 | 0.00 | 0.00 | 0.00 | 40,445.56 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | | -15,099.01 | 10,292.95 | 0.00 | 0.00 | 0.00 | -4,806.06 |
| INTEREST EXPENSE | | | | | | | 0.00 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | | -15,099.01 | 10,292.95 | 0.00 | 0.00 | 0.00 | -4,806.06 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | | ($15,099.01) | $10,292.95 | $0.00 | $0.00 | $0.00 | ($4,806.06) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

* *Footnote Mandatory.*

* * *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

CASE NAME: Bioplanet Corp.
CASE NUMBER: 17-30684

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 2/6/17 TO 2/28/17 | MONTH March | MONTH April | MONTH May | MONTH June | FILING TO DATE |
|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | ($463.00) | $48,161.86 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECEIPTS: | | | | | | |
| 2. CASH SALES | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 68,979.37 | 62,051.04 | | | | 131,030.41 |
| 4. LOANS & ADVANCES (attach list) | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | 0.00 |
| TOTAL RECEIPTS** | 68,979.37 | 62,051.04 | 0.00 | 0.00 | 0.00 | 131,030.41 |
| DISBURSEMENTS: | | | | | | |
| 7. NET PAYROLL | 13,621.55 | 12,500.00 | | | | 26,121.55 |
| 8. PAYROLL TAXES PAID | 1,648.40 | 956.25 | | | | 2,604.65 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 750.00 | 750.00 | | | | 1,500.00 |
| 11. UTILITIES & TELEPHONE | 415.00 | 1,805.04 | | | | 2,220.04 |
| 12. INSURANCE | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | 72,842.82 | | | | 72,842.82 |
| 14. VEHICLE EXPENSES | 394.17 | 394.17 | | | | 788.34 |
| 15. TRAVEL & ENTERTAINMENT | 144.80 | 165.54 | | | | 310.34 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 162.54 | 138.58 | | | | 301.12 |
| 17. ADMINISTRATIVE & SELLING | 3,681.05 | 10,571.81 | | | | 14,252.86 |
| 18. OWNERS DRAWS AND OTHER EXP. (attach list) | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 20,817.51 | 100,124.21 | 0.00 | 0.00 | 0.00 | 120,941.72 |
| 19. PROFESSIONAL FEES | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 20,817.51 | 100,124.21 | 0.00 | 0.00 | 0.00 | 120,941.72 |
| 22. NET CASH FLOW | 48,161.86 | -38,073.17 | 0.00 | 0.00 | 0.00 | 10,088.69 |
| 23. CASH - END OF MONTH (MOR-2) | $47,698.86 | $10,088.69 | $0.00 | $0.00 | $0.00 | $10,088.69 |

RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

*Revised 07/01/98*

CASE NAME: Bioplanet Corp.
CASE NUMBER: 17-30684

## CASH ACCOUNT RECONCILIATION
## MONTH OF March

| BANK NAME | Wells Fargo | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | ***1627 | # | # | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | TAX | OTHER FUNDS | TOTAL |
| BANK BALANCE | 48,161.86 | | | | $48,161.86 |
| DEPOSITS IN TRANSIT | 0.00 | | | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | $0.00 |
| ADJUSTED BANK BALANCE | $48,161.86 | $0.00 | $0.00 | $0.00 | $48,161.86 |
| BEGINNING CASH - PER BOOKS | 48,161.86 | | | | $48,161.86 |
| RECEIPTS* | 62,051.04 | | | | $62,051.04 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 100,124.21 | | | | $100,124.21 |
| ENDING CASH - PER BOOKS | $10,088.69 | $0.00 | $0.00 | $0.00 | $10,088.69 |

*Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7.

**MOR-8**

Revised 07/01/98

CASE NAME: Bioplanet Corp.
CASE NUMBER: 17-30684

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH 2/6/17 TO 2/28/17 | MONTH March | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. Bernardo Herrero | 12,000.00 | 12,500.00 | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $12,000.00 | $12,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*