

ENTERED
07/11/2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
BIOPLANET CORP. § CASE NO: 17-30684
Debtor(s) §
§ CHAPTER 11

## ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

**To the debtor, creditors, and other parties in interest:**

A Disclosure Statement and Plan under Chapter 11 of the Bankruptcy Code was filed by the debtor on June 15, 2017.

**IT IS ORDERED AND NOTICE IS GIVEN THAT:**

1. The hearing to consider approval of the disclosure statement will be held at:

    Address:    **U.S. Bankruptcy Court**
    **515 Rusk Avenue**
    **Houston, Texas  77002**

    Date and Time:    **August 21, 2017 at 11:30 A.M.**
    Courtroom:        **403, 4th Floor**

2. The last date to file and serve written objections to the disclosure statement pursuant to Rule 3017(a) is fixed as: August 16, 2017.

3. Within 5 days after entry of this order, the plan proponent shall transmit a copy of the disclosure statement and plan, and a copy of this hearing notice to the debtor, trustee, each committee appointed pursuant to § 1102 of the Code, the Securities and Exchange Commission, all creditors and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan, as per Rule 2002(b).

4. Requests for copies of the disclosure statement and plan should be directed to:

    **Adelita Cavada**
    The Perez Law Firm
    4646 Corona, Ste. 165
    Corpus Christi, TX 78413
    361-814-6500 FAX: 361-814-8618 Email: adelita.cavada@cavadalawoffice.com

SIGNED 07/10/2017.

_____
Karen K. Brown
United States Bankruptcy Judge